UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN KNUTH,

      Plaintiff,

v.                                        CASE NO: 3:16-cv-00714-MMH-JRK

Department Stores National Bank,

      Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AND RESPONSE TO ORDER TO SHOW CAUSE**

PLAINTIFF STEPHEN KNUTH and DEFENDANT DEPARTMENT STORES NATIONAL BANK, pursuant to Federal Rule of Civil Procedure 41(a), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiff's claims, with prejudice, against Defendant, with each party to bear its own fees and costs. The parties apologize to the Court for delay in filing the case management agreement as the parties were finalizing a settlement and stipulation of dismissal in this matter.

Respectfully Submitted,

| | |
|---|---|
| **DAVIS LAW FIRM** | **AKERMAN LLP** |
| | |
| *s/Todd M. Davis* | *s/John L. Dicks* |
| **TODD M. DAVIS, ESQ.** | John L. Dicks, II |
| FL BAR NO. 58470 | FL Bar No. 89012 |
| TD@DavisPLLC.com | John.dicks@akerman.com |
| 50 N. Laura Street | 401 E Jackson St., Suite 1700 |
| Suite 2500 | Tampa, FL 33602-5250 |
| Jacksonville, Florida 32202 | 813-233-7333 (T) |
| 904-400-1429 (T) | 813-223-2837 (F) |
| 904-638-8800 (F) | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on AUGUST 17, 2016, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/TODD M. DAVIS
Todd M. Davis