**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEPHEN KNUTH,

    Plaintiff,

v.    Case No.   3:16-cv-714-J-34JRK

DEPARTMENT STORES NATIONAL BANK,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice and Response to Order to Show Cause (Dkt. No. 10; Stipulation) filed on August 17, 2016.  In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear his or its own attorneys' fees and costs.

    3.    The Order to Show Cause (Dkt. No. 9) is **DISCHARGED**.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of August, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record